**Michael E. ACEVEDO, Appellant,**

v.

**CITY OF BRIDGETON, a municipal corporation; Mayor of the City of Bridgeton, Missouri; Chief of Police for the City of Bridgeton, Missouri; Unknown Eatherly, Police Officer of the City of Bridgeton, Missouri; Pattonville Emergency Service; L. Taylor, Pattonville Emergency Service Attendant; St. Joseph's Hospital, a Missouri corporation; Unknown Security Guard No. 1; Unknown Security Guard No. 2; Unknown Nurse, Psycho Ward Nurse; Other Unknown Persons, Names Unknown; Unknown**

**Benson, Police Officer of the City of Bridgeton, Missouri; S. Benson, Pattonville Emergency Service Attendant, Appellees.**

No. 07–1956.

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2008.

Filed: July 9, 2008.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Michael Acevedo appeals the district court's[1] orders dismissing one defendant and granting summary judgment in favor of the remaining defendants in this 42 U.S.C. § 1983 action. After carefully reviewing the record de novo and considering Acevedo's arguments for reversal, *see Mann v. Yarnell,* 497 F.3d 822, 825 (8th Cir.2007) (de novo review of summary judgment); *Koehler v. Brody,* 483 F.3d 590, 596 (8th Cir.2007) (de novo review of dismissal for failure to state claim), we affirm. *See* 8th Cir. R. 47B. We deny appellees' motion to dismiss.

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.